**96–263.** State v. Potter. *Stark County,* No. 1995CA00027. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., WRIGHT and F.E. SWEENEY, JJ., dissent.

**96–281.** Planey v. Planey. *Mahoning County,* No. 95 C.A. 213. On motion for stay of execution. Motion denied.

**96–298.** State v. Evans. *Hamilton County,* No. C–940911. On motion for leave to file delayed appeal. Motion denied.

RESNICK and PFEIFER, JJ., dissent.

**96–302.** State v. Conschafsky. *Scioto County,* No. 95CA2345. On motion for leave to file delayed appeal. Motion denied.

RESNICK and PFEIFER, JJ., dissent.

**96–308.** State v. Gaskill. *Cuyahoga County,* No. 69372. On motion for leave to file delayed appeal. Motion denied.

WRIGHT and RESNICK, JJ., dissent.

**96–309.** State v. Plassman. *Fulton County,* No. F–95–025. On review of order certifying a conflict. The court determines that a conflict does not exist. *Sua sponte,* cause dismissed.

MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**96–350.** State v. McFarland. *Muskingum County,* No. CT950004. On motion for leave to file delayed appeal. Motion denied.

RESNICK, PFEIFER and COOK, JJ., dissent.

**96–368.** State v. Worthy. *Lorain County,* No. 95CA006089. On motion for leave to file delayed appeal. Motion denied.

RESNICK and PFEIFER, JJ., dissent.

**96–373.** State v. Dennis. *Marion County,* No. 9–95–9. On motion for leave to file delayed appeal. Motion denied.

**96–377.** State v. Javorina. *Franklin County,* No. 95APA06–689. On motion for leave to file delayed appeal. Motion denied.

RESNICK and PFEIFER, JJ., dissent.

**96–378.** State v. Wilmoth. *Ross County,* No. 94CA2034. On motion for leave to file delayed appeal. Motion denied.

RESNICK and PFEIFER, JJ., dissent.

**96–382.** State v. Scott. *Cuyahoga County,* No. 67148. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.